

## NUMBER 13-11-00312-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**ISSAC GARCIA,**                                                     **APPELLANT,**

**v.**

**MARISSA CABRERA,**                                         **APPELLEE.**

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was originally due on January 9, 2013.

Appellant has previously requested and received three extensions of time to file the brief.

On August 30, 2013, this Court ordered the appellate brief to be filed on or before

September 6, 2013.   The order notified counsel that the Court would look with disfavor upon any further extensions.

On October 1, 2013, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.   To date, no response has been received from appellant and the brief has not been filed.

Appellant has failed to file his brief.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 38.8(a), 42.3(b)(c).


PER CURIAM


Delivered and filed the
14th day of November, 2013.